UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LEGALFORCE, INC., | Case No. 18-cv-07274-MMC (RMI) |
| Plaintiff, | |
| v. | **ORDER** |
| LEGALZOOM.COM, INC., | |
| Defendant. | |

On August 6, 2019, the court held a discovery hearing regarding the parties' dispute over Defendant's request to use a two-tier protective order for material designated as Highly Confidential – Attorneys' Eyes Only. *See* (dkt. 82). At the hearing, the parties reached an agreement with respect to a two-tier protective order. Consequently, the court ordered the parties "to submit the Joint Stipulated Protective Order within one week." *See* Text Order, (dkt. 84). However, instead of submitting a joint stipulated protective order, the parties emailed the undersigned two competing versions of a proposed protective order.

Accordingly, the parties are hereby ordered to submit a joint letter brief no later than August 21, 2019 outlining both positions regarding the proposed protective order, and how those positions conform to the parties' agreement and to the court's guidance.

**IT IS SO ORDERED.**

Dated: August 16, 2019

ROBERT M. ILLMAN
United States Magistrate Judge