IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGALFORCE, INC., <br> Plaintiff, <br> v. <br> LEGALZOOM.COM, INC., <br> Defendant. | Case No. 18-cv-07274-MMC <br><br> **ORDER OF DISMISSAL** |

The parties having placed a confidential settlement on the record before Magistrate Judge Joseph C. Spero, and having consented, pursuant to 28 U.S.C. § 636(c), to Magistrate Judge Spero's retaining jurisdiction for the purposes of enforcing the settlement to the extent set forth on the record,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: October 4, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude plaintiff from subsequently filing a notice of dismissal with prejudice.